# DEFFENBAUGH INDUSTRIES, INC., Appellant,

### v.

# CITY COUNCIL OF the CITY OF INDEPENDENCE, Missouri, Respondent.

### No. WD 48010.

Missouri Court of Appeals, Western District.

Feb. 22, 1994.

Richard D. Rhyne, Thomas W. Rynard, Kansas City, for appellant.

Nicholas DiVita, Robert Hoffman, Bryan Cave, Kansas City, for respondent.

Before BERREY, C.J., P.J., and KENNEDY and ELLIS, JJ.

## ORDER

PER CURIAM.

Appellant Deffenbaugh Industries, Inc. appeals from the trial court's sustaining the City of Independence's motion to dismiss.

Judgment affirmed. Rule 84.16(b).